1 **CAROL ANN MOSES #164193**
Attorney at Law
2 545 East Alluvial, Suite 112
Fresno, California 93720
3 Telephone (559) 449-9069
Facsimile (559) 449-9016
4

5 Attorney for Defendant,
JASON HERGET
6

7

8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, ) | CASE NO: 6:10-mj-00052-MJS |
| ) | |
| 12 Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE |
| 13 ) | STATUS CONFERENCE TO |
| ) | JULY 13, 2010; |
| 14 vs ) | ORDER THEREON |
| ) | |
| 15 JASON HERGET, ) | |
| ) | |
| 16 Defendant. ) | |
| ) | |
| 17 _____) | |

18    IT IS HEREBY STIPULATED by and between the Defendant, JASON HERGET, his

19 Attorney of record, CAROL ANN MOSES, and the Legal Officer for the National Park Service,

20 SUSAN ST. VINCENT, that the Status Conference in the above-captioned matter currently

21 scheduled for June 22, 2010 at 10:00 a.m. be continued until July 13, 2010 at 10:00 a.m.

22

23 Dated: June 21, 2010                           By:  /s/ Carol Ann Moses
                                                      CAROL ANN MOSES
24                                                    Attorney for Defendant
                                                      JASON HERGET
25

26 Dated: June 21, 2010                           By:  /s/ Susan St. Vincent
                                                      SUSAN ST. VINCENT
27                                                    Acting Legal Officer for the
                                                      National Park Service
28

---

1
STIPULATION TO CONTINUE  STATUS CONFERENCE AND ORDER THEREON

1  * * *[PROPOSED]  ORDER * * *

2  The Court, having reviewed the above request for a Continuance of the Status Conference

3  until July 13, 2010, and Order Thereon, HEREBY ORDERS AS FOLLOWS:

4  1. The Status Conference for Defendant, JASON HERGET, shall be continued to

5  July 13, 2010 at 10:00 a.m.

7  Dated:  6/21/2010

By: /s/ MICHAEL S. SENG
8  UNITED STATES MAGISTRATE JUDGE